IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT VENCENT VASQUEZ,

    Plaintiff,

v.                                                               No. 20-cv-0612 RB/KRS

GEO GROUP INC., et al,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on its Order to Show Cause, (Doc. 39), entered May 2, 2022. The Court ordered Plaintiff to provide valid, current addresses for serving process on Defendants GEO Group, Inc; Centurion Correctional Healthcare; and Gina Lutz, or show cause why his claims against these Defendants should not be dismissed. On May 2, 2022, Plaintiff's counsel filed a Response to the Order to Show Cause, stating that he plans to file a motion to amend the complaint and that he will serve any defendants who have not yet been served if the motion to amend is granted. (Doc. 40). Thereafter, on May 6, 2022, Plaintiff's counsel filed an opposed Motion to Amend Complaint. (Doc. 42). In light of these filings, and considering that Plaintiff only recently obtained counsel on April 29, 2022, the Court is satisfied that Plaintiff should not be subject to sanctions for failure to prosecute. Therefore, the Court's Order to Show Cause, (Doc. 39), is hereby QUASHED.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE