IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT VASQUEZ,

    Plaintiff,

v.                                                                             Cause No. 1:20-CV-00612 RB/KRS

NEW MEXICO DEPARTMENT OF
CORRECTIONS, GEO GROUP, INC.,
WEXFORD HEALTH SERVICES, INC.,
SECRETARY OF CORRECTIONS ALISHA
TAFOYA-LUCERO, SECRETARY OF CORRECTIONS,
CHRISTOPHER BRAWLEY, CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, JANINE RODRIGUEZ,
MATT MEEHAN, SECRETARY OF CORRECTIONS JULIE
JONES, AND GINA LUTZ,

    Defendants.

## ORDER GRANTING CHRISTOPHER BRAWLEY'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

The Court, having reviewed Defendant Christopher Brawley's Motion for Withdrawal and Substitution of Counsel, and having been advised that no party opposes the motion, finds that the motion should be GRANTED. It is hereby ordered that:

1. Serpe Andrews, PLLC (John Serpe and Ryan L. Clement) are withdrawn as the attorneys of record for Defendant Christopher Brawley.

2. Park & Associates, LLC (Alfred A. Park and Taylor M. Lueras) is substituted as the attorneys of record for Defendant Christopher Brawley.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

PARK & ASSOCIATES, LLC

/s/ Taylor M. Lueras
Taylor M. Lueras
Alfred A. Park
3840 Masthead St NE
Albuquerque, NM 87109
505-245-2805
tlueras@parklawnm.com
apark@parklawnm.com
*Attorneys for Defendant*
*Christopher Brawley*

And

SERPE ANDREWS, PLLC

*Approved via email 6/20/22*
John Serpe
Ryan L. Clement
2929 Allen Parkway, Suite 1600
Houston, TX 77019
jserpe@serpeandrews.com
rclement@serpeandrews.com
*Withdrawing Attorneys for Defendant*
*Christopher Brawley*


APPROVED:


 *Approved via email 6/23/22*
Anthony J. Ayala
601 Parkside Pl. SE
Albuquerque, NM 87123
nmlawyerayala@gmail.com
*Attorneys for Plaintiff*

GERMAN BURNETTE & ASSOCIATES, LLC

*Approved via email by Kari E. Cole on 6/22/22*
Jason Michael Burnette
Kari E. Cole
11728 Linn Ave. NE
Albuquerque, NM 87123
jason@germanassociates.com
kari@germanassociates.com
*Attorneys for Defendants Alisha Tafoya-Lucero, Janine Rodriguez, Matt Meehan & Julie Jones*

CASSIDAY SCHADE, LLP

*Approved via email 6/23/22*
Sandra Lynn Byrd
222 W. Adams St., Suite 2900
Chicago, IL 60606
sbyrd@cassiday.com