IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT VENCENT VASQUEZ,

    Plaintiff,

v.                                                                   Case No. Civ. 20-612 RB/KRS

ALISHA TAFOYA-LUCERO, et al.,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition (PFRD) by United States Magistrate Judge Kevin Sweazea, entered December 19, 2022. (Doc. 62.) The PFRD recommends denying Plaintiff's Motion to Consolidate (Doc. 55). The parties had until January 3, 2023, to file objections, and no party has filed any objections. The failure to make timely objections to the PFRD waives appellate review of both factual and legal questions. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 62) are **ADOPTED** and Plaintiff's Motion to Consolidate (Doc. 55) is **DENIED**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE