IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT VENCENT VASQUEZ,

      Plaintiff,

v.                                                          No: 1:20-cv-0612 RB/DLM

CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO;
MATT MEEHAN; CHRISTOPHER BRAWLEY;
ELLEN WHITMANN; WEXFORD HEALTH
SERVICES INCORPORATED, All in Their
Individual and Official Capacities; GINA LUTZ; and
GERY FRENCH;

      Defendants.

## ORDER GRANTING FINAL EXTENSION

**THIS MATTER** is before the Court on Defendant Centurion Correctional Healthcare's third motion seeking to modify the deadline to submit closing documents. (Doc. 211.) Having considered the request, the Court finds it should be **GRANTED IN PART**. Accordingly, the March 7, 2025 deadline is **VACATED** and the parties shall file a joint motion to dismiss and submit a proposed order to Judge Brack's chambers email: BrackProposedText@nmd.uscourts.gov no later than **March 28, 2025**. The Court will not grant any further extensions absent extraordinary circumstances.

      **IT IS SO ORDERED.**

      .

_____
DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE