IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT VINCENT VASQUEZ,

            Plaintiff,

-vs-                                  No. 1:20-cv-0612 RB/DLM

JULIE JONES, ALISHA TAFOYA
LUCERO, GEO GROUP, INC., JANININE
RODRIGUEZ, CENTURION CORRECTIONAL
HEALTHCARE OF NEW MEXICO, WEXFORD
HEALTH SOURCES INC., CHRISTOPHER BROWELY,
MATT MEEHAN, AND GINA LUTZ,

            Defendant.

## NOTICE OF APPEAL

The plaintiff Robert Vincent Vasquez, appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment entered on April 30, 2025 [Doc. 227] as it pertains to only one issue., i.e., that this is a partial appeal of the Order dismissing with prejudice Secretary of Corrections Julie Jones entered on February 9, 2024 [Doc. 120] as it pertains to the finding that Julie Jones did not violate Robert Vincent Vasquez's Eighth Amendment right for failure to protect.

1

The specific designation of the appeal to the issue of violation of the Eighth Amendment of Jones for failure to protect limits the scope of the notice of appeal.

Respectfully submitted,

/s/ Shavon M. Ayala

Shavon M. Ayala, Esq.
Attorney for Plaintiff
Robert Vasquez
601 Parkside Place S.E.
Albuquerque, N.M.  87123
(505) 344-0401
nmlawyerayala@gmail.com

### Certificate of Service

I Shavon M. Ayala, Esq. herein certify that on this 27th day of May, 20204, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Shavon M. Ayala

Shavon M. Ayala

2